WINKLE *v.* BANNAN, WARDEN.

No. 93, Misc.   Decided November 6, 1961.

Petitioner *pro se.*

*Paul L. Adams,* Attorney General of Michigan, *Joseph B. Bilitzke,* Solicitor General, and *Robert Weinbaum,* Assistant Solicitor General, for respondent.

PER CURIAM.

The motion for leave to proceed *in forma pauperis* and the petition for writ of certiorari are granted.   The judgment is vacated and, as suggested by the Attorney General of Michigan, the case is remanded for consideration in light of *Mapp* v. *Ohio,* 367 U. S. 643.

COATES *v.* WALTERS.

No. 339, Misc.   Decided November 6, 1961.

*Vito J. Cassan* for appellant.

*Louis J. Lefkowitz,* Attorney General of New York, *Paxton Blair,* Solicitor General, and *Jean M. Coon,* Assistant Attorney General, for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.